**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 NOV 18 P 4: 38

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:21-cr- 185 · NT |
| | ) |
| TYLER STREETER | ) |

DEPUTY CLERK

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Interstate Transportation of a Minor)**

On about April 5, 2021, in the District of Maine and elsewhere, the defendant,

**TYLER STREETER,**

did knowingly transport an individual who had not attained the age of 18 years in interstate

commerce, with intent that the individual engage in sexual activity for which any person could

be charged with a criminal offense, namely, sexual intercourse between a person who is 21 years

old or more with another person who is less than 17 years old, which is a criminal offense under

New York Penal Law § 130.25.

All in violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

November 18, 2021

Assistant U.S. Attorney

Date:

1